UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUSTIN P. STEELE,

        Plaintiff,

  v.                                         Case No. 12-C-0923

J ZWIERS, et al.,

        Defendants.

**ORDER EXTENDING PLAINTIFF'S DISPOSITIVE MOTION DEADLINE**

Plaintiffs may have until June 16, 2013 to file his dispositive motion for the reasons set forth in his Motion to Extend the Deadline. Plaintiff is under a misunderstanding if he believes that the court has an obligation to provide him copies of all rules of the Federal Rules of Civil Procedure and the Local Rules. The rules are available online or at the prison law library and it is to that source that plaintiff should direct his attention.

**SO ORDERED** this   10th   day of May, 2013.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court