UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUSTIN P. STEELE,

    Plaintiff,

v.                                                             Case No. 12-C-923

J ZWIERS, et al.,

    Defendants.

## ORDER DENYING AMENDED COMPLAINT

Plaintiff filed a motion seeking to amend his complaint. The Plaintiff already filed his notice of appeal, however. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.,* 459 U.S. 56, 58 (1982). This court lacks jurisdiction to grant the motion. Accordingly, it is **DENIED**.

**SO ORDERED** this   25th   day of March, 2014.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court